No. 09–1420. ALLEN *v.* MISSOURI EX REL. KOSTER, ATTORNEY GENERAL OF MISSOURI. Ct. App. Mo., Southern Dist. Certiorari denied.

No. 09–1421. BYRD *v.* WOLPOFF & ABRAMSON, L. L. P., ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 09–1422. MINOR *v.* UNITED STATES;
No. 09–11039. TEEL *v.* UNITED STATES; and
No. 09–11067. WHITFIELD *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 09–1423. SCHWINN, GUARDIAN AD LITEM OF HESSE, ET AL. *v.* EBBETS ET AL. C. A. 4th Cir. Certiorari denied.

No. 09–1424. LINKCO, INC. *v.* AKIKUSA ET AL. C. A. 2d Cir. Certiorari denied.

No. 09–1427. PERSAUD *v.* HOLDER, ATTORNEY GENERAL. C. A. 2d Cir. Certiorari denied.

No. 09–1428. RUDDY *v.* ATTORNEY GRIEVANCE COMMISSION OF MARYLAND. Ct. App. Md. Certiorari denied.

No. 09–1430. DAVIS *v.* BLACKSTOCK. Sup. Ct. Ala. Certiorari denied.

No. 09–1432. BBELA *v.* MICROSOFT CORP. Ct. App. Wash. Certiorari denied.

No. 09–1434. FLORIDA DEPARTMENT OF REVENUE *v.* RODRIGUEZ. C. A. 11th Cir. Certiorari denied.

No. 09–1435. SAE JOON KIM *v.* HOLDER, ATTORNEY GENERAL. C. A. 9th Cir. Certiorari denied.

No. 09–1436. LAWSON ET UX. *v.* CITRUS COUNTY, FLORIDA. Cir. Ct. Citrus County, Fla. Certiorari denied.

No. 09–1437. ENERGY WEST, INC. *v.* TACKE. Sup. Ct. Mont. Certiorari denied.